### 61533. MITCHELL v. THE STATE.

QUILLIAN, Chief Judge.

The decision in this case is controlled by our prior decision in *Parker v. State,* 157 Ga. App. 521.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED FEBRUARY 25, 1981.

*Lawrence Lee Washburn,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen*

*Moye, Benjamin H. Oehlert III, Assistant District Attorneys,* for appellee.